CHASE v. BAKER.

<div style="float:right">| 59a 347 |
| 66  180 |</div>

An action of debt for a penalty for catching fish in the plaintiff's pond, in violation of G. L., c. 179, s. 1, cannot be maintained by one who was not owner or lessee of all the land under or around and adjoining the pond.

DEBT, for a penalty for catching fish in the plaintiff's pond, in violation of G. L., c. 179, s. 1.

*Flanders*, for the plaintiff.

*Shirley*, for the defendant.

DOE, C. J. The plaintiff was not owner or lessee of all the land under or around and adjoining the pond, and cannot maintain this action.

*Judgment for the defendant.*

ALLEN, J., did not sit: the others concurred.